# Exhibit G



**Michael J. Hynes**
mhynes@hh-lawfirm.com

December 2, 2019

**VIA ELECTRONIC MAIL**

Brigida Benitez
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
bbenitez@steptoe.com

  Re: **Shareholder Demand of Charles Pike**

Dear Ms. Benetiz:

  I write in connection with the July 20, 2018 shareholder litigation demand (the "Demand") of my client, Charles Pike, sent to the Board of Directors (the "Board") of MiMedx Group, Inc. ("MiMedx" or the "Company"). While my client has never received a rejection letter regarding his Demand, it has come to my attention that the Special Litigation Committee formed in connection with Mr. Pike's Demand, as well as the litigation demands of other shareholders, has determined not pursue the claims laid out in the Demand. Furthermore, it appears based on the attached Voluntary Dismissal filed in the *Murphy* case that a mediation is currently scheduled for December 18, 2019 in connection with derivative actions filed on the same bases as the Demand. Please inform me immediately of the specifics of the proposed mediation so that Mr. Pike or his counsel my attend to ensure the rights of MiMedx shareholders and the Company are being fully protected, as I am sure you agree that Mr. Pike's and the Company's rights should not be compromised for adhering to Florida state law and providing the MiMedx Board with a full opportunity to investigate the claims contained in the Demand.

  Your immediate attention to this matter would be greatly appreciated.

      Very truly yours,

      HYNES & HERNANDEZ, LLC

      *Michael J. Hynes*

      Michael J. Hynes

101 Lindenwood Drive
Suite 225
Malvern, PA 19355

Tel: (484) 875-3116
Fax: (484) 875-9273
Web: hh-lawfirm.com