# Exhibit H

Brigida Benitez
202 429 6261
bbenitez@steptoe.com



1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

January 31, 2020

VIA EMAIL AND FEDEX
mhynes@hkh-lawfirm.com

Michael J. Hynes, Esq.
Hynes & Hernandez LLC
101 Lindenwood Drive, Suite 225
Malvern, PA 19355

Re: **Shareholder Demand of Charles Pike**

Dear Mr. Hynes:

As you know, the Special Litigation Committee of the Board of Directors of MiMedx Group, Inc. (the "Committee") was constituted and charged with conducting a review of and taking such investigative steps as are appropriate to evaluate the various demand letters received by the Board of MiMedx (the "Demands") and to make a determination regarding what actions to take in response to the Demands. As noted in our earlier correspondence with you, this firm was retained as counsel to the Committee.

The Committee investigated the factual allegations and legal claims raised in the Demand made by your client, Charles Pike, on July 20, 2018. The Committee has determined that it is not in MiMedx's best interest to proceed with any of the claims asserted in the Demand made by your client.

The Committee's investigation is now complete. Please direct any further correspondence to Walter C. Carlson of Sidley Austin LLP (wcarlson@sidley.com), who serves as counsel to MiMedx in connection with the shareholder derivative litigation.

January 31, 2020
Page 2



Sincerely,

Brigida Benitez

cc (via email):

    Walter C. Carlson (Sidley Austin LLP)